1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRED MARTINEZ,                        Case No.  2:21-cv-01779-DAD-JDP (PC)

12                    Plaintiff,           ORDER GRANTING DEFENDANTS'
                                           MOTION TO OPT OUT OF EARLY
13          v.                             SETTLEMENT CONFERENCE AND
                                           LIFTING THE STAY
14   PETERSON,
                                           ECF No. 26
15                    Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

18   under 42 U.S.C. § 1983.  On December 2, 2022, defendant asked to opt out of the court's

19   alternative dispute resolution program.

20          Good cause appearing, it is hereby ORDERED that

21          1.  Defendant's December 2, 2022 filing, ECF No. 26, is construed as a motion to opt out

22   of the court's alternative dispute resolution program.

23          2.  Defendant's motion, ECF No. 26, is granted, and the stay entered November 2, 2022, is

24   lifted.

25

26   IT IS SO ORDERED.

27

     Dated:    December 5, 2022      _____

28                                   JEREMY D. PETERSON

1                                                    UNITED STATES MAGISTRATE JUDGE