IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRED MARTINEZ,** | Case No. 2:21-cv-01779-DAD-JDP |
| Plaintiff, | **[PROPOSED] ORDER** |
| **v.** | |
| **PETERSON, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Peterson's third motion to modify the scheduling order to extend the dispositive motion deadline, ECF No. 47, is granted. The parties have until October 17, 2023, to file dispositive motions. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:  __September 18, 2023__                 _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE