UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PETERSON,<br><br>    Defendant. | No. 2:21-cv-01779-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND THE COMPLAINT, AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 51, 55, 67, 68) |

    Plaintiff Fred Feleki Martinez is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 11, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for leave to file an amended complaint (Doc. Nos. 55, 67) be denied and that defendant's motion for summary judgment (Doc. No. 51) be "denied without prejudice to refiling at the amended close of discovery." (Doc. No. 68 at 3.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 11, 2024 (Doc. No. 68) are adopted in full;

2. Plaintiff's motions for leave to file an amended complaint (Doc. Nos. 55, 67) are denied; and

3. Defendant's motion for summary judgment (Doc. No. 51) is denied without prejudice to its refiling after the close of discovery; and

4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 7, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE