IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRED MARTINEZ,** | Case No. 2:21-cv-01779-DAD-JDP |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **PETERSON, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant's request for extension of time to respond to Plaintiff's discovery is granted. Defendant shall provide responses to Plaintiff's discovery on or before October 23, 2024.

IT IS SO ORDERED.

Dated:  October 17, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE